AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

MARTIN, BEVERLY B. | 2. Court or Organization

Eleventh Circuit | 3. Date of Report

04/20/2015 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Circuit Judge | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial   ☑ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2014
to
12/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

56 Forsyth Street NW
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | February 6 - February 8, 2014 | Stanford, CA | Judge Moot Court Competition | Lodging and air fare |
| 2. | Yale Law School | March 2 - March 3, 2014 | New Haven, CT | Speak at law school | Lodging and air fare |
| 3. | New York University Law School | March 28 - March 30, 2014 | New York, NY | Interview Scholarship Candidates for law school | Lodging and air fare |
| 4. | Federal Judges Association | May 2 - May 6, 2014 | Washington, DC | Meeting of the Board | Lodging and air fare |
| 5. | 11th Circuit Appellate Practice Institute | August 21 - August 22, 2014 | Montgomery, AL | Speak at Conference | Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTIN, BEVERLY B.** | 04/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance Fund | | None | | | Sold | 07/16/14 | J | A | |
| 2. American Express Savings | A | Int./Div. | | | Closed | 07/02/14 | M | C | |
| 3. Bank of America checking Account | A | Int./Div. | L | T | | | | | |
| 4. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 5. Bank of America Money Market Account | A | Int./Div. | J | T | | | | | |
| 6. Blackrock Global Floating Rate Income | B | Dividend | K | T | Buy | 07/11/14 | K | | |
| 7. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 8. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 9. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 10. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 11. Capital One | A | Dividend | | | Closed | 07/03/14 | M | B | |
| 12. Dodge & Cox Income Fund | B | Dividend | | | Sold (part) | 07/11/14 | J | B | |
| 13. | | | | | Sold (part) | 09/17/14 | J | A | |
| 14. | | | | | Sold (part) | 10/15/14 | J | A | |
| 15. | | | | | Sold | 11/11/14 | K | C | |
| 16. Financial Sector SPDR Trust ETF (IRA) | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 17. | | | | | Buy (add'l) | 07/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Financial Sector SPDR Trust ETF | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 19. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 20. | | | | | Buy (add'l) | 7/28/14 | J | | |
| 21. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 22. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 23. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 24. Industrial Sector SPDR Trust (IRA) | A | Dividend | J | T | Buy | 07/17/14 | J | | |
| 25. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 26. Industrial Sector SPDR Trust Shares | A | Dividend | L | T | Buy | 07/17/14 | K | | |
| 27. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 28. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 29. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 30. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 31. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 32. | | | | | Buy (add'l) | 7/31/14 | J | | |
| 33. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 34. Ishares U.S. Technology ETF (IRA) | A | Dividend | J | T | Buy | 07/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares U.S. Technology ETF | A | Dividend | L | T | Buy | 07/11/14 | K | | |
| 36. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 37. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 38. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 39. Ishares IBOXX High Yield Corp Bond ETF | A | Dividend | K | T | Buy | 11/11/14 | K | | |
| 40. Ishares IBOXX Invt Grade Corp Bond ETF | A | Dividend | J | T | Buy | 11/11/14 | J | | |
| 41. | | | | | Sold (part) | 09/17/14 | J | | |
| 42. | | | | | Sold (part) | 10/15/14 | K | A | |
| 43. Ishares MSCI PAC EX Japan (IRA) | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 44. | | | | | Buy (add'l) | 7/15/14 | J | | |
| 45. Ishares MSCI PAC EX Japan ETF | A | Dividend | K | T | Buy | 07/21/14 | J | | |
| 46. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 47. | | | | | Buy (add'l) | 7/31/14 | J | | |
| 48. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 49. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 50. Ishares MSCI EAFE ETF | | None | | | Buy | 07/15/14 | K | | |
| 51. | | | | | Buy (add'l) | 07/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 53. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 54. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 55. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 56. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 57. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 58. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 59. | | | | | Sold | 11/20/14 | L | | |
| 60. Ishares MSCI United Kingdom ETF (IRA) | | None | | | Buy | 09/22/14 | J | | |
| 61. renamed as Ishares TR MSCI United Kingdon ETF on 9/29/14 | | | | | Sold | 11/19/14 | | | |
| 62. Ishares S&P Europe 350 Index | A | Dividend | M | T | Buy | 11/03/14 | L | | |
| 63. | | | | | Buy (add'l) | 11/11/14 | L | | |
| 64. Ishares Select Divid ETF (IRA) | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 65. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 66. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 67. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 68. Ishares Select Divid ETF | B | Dividend | M | T | Buy | 07/8/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 70. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 71. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 72. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 73. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 74. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 75. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 76. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 77. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 78. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 79. | | | | | Buy (add'l) | 7/30/14 | J | | |
| 80. | | | | | Buy (add'l) | 7/31/14 | K | | |
| 81. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 82. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 83. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 84. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 85. Ishares U.S. Technology ETF (IRA) | A | Dividend | J | T | Buy | 07/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ishares U.S. Technology ETF | A | Dividend | L | T | Buy | 07/11/14 | K | | |
| 87. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 88. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 89. | | | | | Buy (add'l) | 08/7/14 | J | | |
| 90. ▓▓▓ Macon, Bibb County, GA | B | Rent | K | W | | | | | |
| 91. Lone Star Corp | E | Dividend | M | W | | | | | |
| 92. RMA Money Market | A | Interest | | | Open | 07/07/14 | L | | |
| 93. | | | | | Sold (part) | 08/04/14 | K | | |
| 94. | | | | | Closed | 08/05/14 | L | | |
| 95. Schwab Money Market (IRA) | A | Int./Div. | | | Closed | 07/01/14 | M | | |
| 96. Schwab Money Market Fund | A | Int./Div. | | | Closed | 07/01/14 | O | | |
| 97. Schwab Value Adv. (IRA) | A | Int./Div. | | | Closed | 07/01/14 | L | | |
| 98. Schwab Value Advantage | A | Int./Div. | | | Closed | 07/01/14 | M | | |
| 99. SPDR S&P Biotech ETF | A | Dividend | K | T | Buy | 07/14/14 | J | | |
| 100. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 101. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 102. | | | | | Buy (add'l) | 07/17/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 104. | | | | | Sold (part) | 10/24/14 | J | | |
| 105. | | | | | Sold (part) | 11/24/14 | J | A | |
| 106. | | | | | Sold (part) | 11/25/14 | J | B | |
| 107. | | | | | Sold (part) | 11/28/14 | J | B | |
| 108. UBS Bank USA Dep Acct (IRA) | A | Interest | J | T | Open | 07/07/14 | J | | |
| 109. UBS Bank USA Deposit | A | Interest | K | T | Open | 07/07/14 | M | | |
| 110. Vanguard FTSE ALL WO X-US SC (IRA) | A | Dividend | J | T | Buy | 11/28/14 | J | | |
| 111. Vanguard FTSE Developed Mkt ETF | A | Dividend | L | T | Buy | 11/14/14 | L | | |
| 112. Vanguard FTSE Emerging Mkts ETF | A | Dividend | K | T | Buy | 11/03/14 | K | | |
| 113. Vanguard FTSE Europe ETF (IRA) | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 114. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 115. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 116. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 117. Vanguard FTSE Europe ETF DE | A | Dividend | J | T | Buy | 07/08/14 | K | | |
| 118. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 119. | | | | | Buy (add'l) | 07/11/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 121. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 122. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 123. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 124. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 125. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 126. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 127. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 128. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 129. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 130. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 131. | | | | | Sold (part) | 11/03/14 | L | | |
| 132. | | | | | Sold (part) | 11/11/14 | L | | |
| 133. Vanguard Index Funds Vanguard Value ETF (IRA) | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 134. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 135. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 136. Vanguard Index Funds Vanguard Value ETF | B | Dividend | M | T | Buy | 7/8/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 138. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 139. | | | | | Buy (add'l) | 7/15/14 | J | | |
| 140. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 141. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 142. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 143. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 144. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 145. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 146. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 147. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 148. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 149. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 150. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 151. | | | | | Buy (add'l) | 10/15/14 | K | | |
| 152. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 153. Vanguard Index Funds Vanguard Growth ETF (IRA) | A | Dividend | J | T | Buy | 07/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 155. Vanguuard Index Funds Vanguard Growth ETF | A | Dividend | M | T | Buy | 07/08/14 | K | | |
| 156. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 157. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 158. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 159. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 160. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 161. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 162. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 163. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 164. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 165. Vanguard Index Funds Vanguard Mid Cap ETF (IRA) | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 166. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 167. Vanguard Index Funds Vanguard Mid Cap ETF | B | Dividend | M | T | Buy | 07/08/14 | J | | |
| 168. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 169. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 170. | | | | | Buy (add'l) | 07/15/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 172. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 173. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 174. | | | | | Buy (add'l) | 07/31/14 | K | | |
| 175. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 176. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 177. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 178. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 179. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 180. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 181. Vanguard Index Funds Vanguard Small Cap ETF (IRA) | A | Dividend | K | T | Buy | 07/11/14 | J | | |
| 182. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 183. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 184. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 185. Vanguard Index Funds Vanguard Small Cap ETF | B | Dividend | L | T | Buy | 07/08/14 | J | | |
| 186. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 187. | | | | | Buy (add'l) | 07/11/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 189. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 190. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 191. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 192. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 193. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 194. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 195. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 196. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 197. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 198. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 199. Vanguard Index Funds Vanguard Value ETF | B | Dividend | M | T | Buy | 07/08/14 | K | | |
| 200. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 201. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 202. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 203. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 204. | | | | | Buy (add'l) | 07/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 20

Name of Person Reporting

MARTIN, BEVERLY B.

Date of Report

04/20/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 206. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 207. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 208. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 209. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 210. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 211. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 212. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 213. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 214. | | | | | Buy (add'l) | 10/15/14 | K | | |
| 215. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 216. Vanguard Sector Index FD Vanguard Health Care ETF (IRA) | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 217. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 218. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 219. | | | | | Sold (part) | 11/25/14 | J | A | |
| 220. Vanguard Sector Index FD Vanguard Health Care ETF | A | Dividend | L | T | Buy | 07/11/14 | K | | |
| 221. | | | | | Buy (add'l) | 07/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 223. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 224. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 225. | | | | | Sold (part) | 11/24/14 | J | A | |
| 226. Wisdomtree Emerging Mkts Equity Income (IRA) | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 227. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 228. Wisdomtree Emerging Mkts Equity Income | A | Dividend | | | Buy | 07/08/14 | J | | |
| 229. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 230. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 231. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 232. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 233. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 234. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 235. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 236. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 237. | | | | | Sold | 11/03/14 | K | | |
| 238. Wisdomtree Trust Japan Hedged Equity FD (IRA) | A | Dividend | K | T | Buy | 07/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 240. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 241. Wisdomtree Trust Japan Hedged Equity FD | D | Dividend | L | T | Buy | 07/08/14 | K | | |
| 242. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 243. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 244. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 245. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 246. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 247. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 248. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 249. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 250. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 251. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 252. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 253. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 254. | | | | | Sold (part) | 11/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 04/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RMA Money Market, referenced in lines 93 - 95 was solely an account which recieved funds temporarily upon my changing brokers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BEVERLY B. MARTIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544